Matter of Warren v Planning Bd. of the Town of W. Seneca (2024 NY Slip Op 03315)

Matter of Warren v Planning Bd. of the Town of W. Seneca

2024 NY Slip Op 03315

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: WHALEN,

P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

MOTION NOS. (16-17/24) CA 22-01929, CA 23-00546. 

[*1]IN THE MATTER OF DANIEL T. WARREN, PETITIONER-PLAINTIFF-APPELLANT, 
v
PLANNING BOARD OF THE TOWN OF WEST SENECA, TOWN OF WEST SENECA, AND CANISIUS HIGH SCHOOL OF BUFFALO, NEW YORK, BY AND THROUGH FR. DAVID CIANCIMINO, S.J., AS ITS PRESIDENT, RESPONDENTS-DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.)
IN THE MATTER OF DANIEL T. WARREN, PETITIONER-APPELLANT, V PLANNING BOARD OF THE TOWN OF WEST SENECA, TOWN OF WEST SENECA, AND CANISIUS HIGH SCHOOL OF BUFFALO, NEW YORK, BY AND THROUGH FR. DAVID CIANCIMINO, S.J., AS ITS PRESIDENT, RESPONDENTS-RESPONDENTS. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument denied.